"MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS" 2

I, ROSCO RICO MARTIN, AM THE PETITIONER IN THE ABOVE-ENTITLED CASE. IN SUPPORT OF MY AFFIDAVIT OR DECLARATION IN SUPPORT OF MY MOTION TO PROCEED IN FORMA PAUPERIS, I STATE THAT BECAUSE OF MY POVERTY AND FACT I'M CHALLENGING MY CONVICTION AND SENTENCE IN THIS PANDEMIC OF THE VIRUS COVID-19 I AM UNABLE TO PAY THE COST OF THIS CASE OR TO GIVE SECURITY THEREFOR, AND I BELIEVE I'M ENTITLED TO REDRESS CITING (28 U.S.C./1915(b) UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT Fed. R. APP. P. 24(A)(2); Kincaid, 117 F.3d At 951 BEING I AM CHALLENGING MY CONVICTION AND SENTENCE UNDER INNOCENCE AND COMPASSIONATE RELEASE FROM CUSTODY IN THIS EXTRAORDINARY CIRCUMSTANCE PRESENT

I declare UNDER THE PENALTY OF PERJURY THE ABOVE STATEMENTS ARE TRUE UNDER MY KNOWLEDGE AND BELIEF ASKING YOUR COURT TO GRANT MY MOTION(S) WITHOUT PAYMENT OF COST AND TO PROCEED IN FORMA PAUPERIS AS I SEEK RELIEF FROM THE THREAT OF COVID-19 IN THE MICHIGAN DEPARTMENT OF CORRECTIONS.

SUBMITTED AND PREPARED BY:
ROSCO RICO MARTIN #204375
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MICHIGAN 48446

DATE: 4-28-2020

Case: 2:20-cv-11712
Judge: Hood, Denise Page
MJ: Morris, Patricia T.
Filed: 04-30-2020 At 02:39 PM
HC ROSCOE MARTIN V WILLIS CHAPMAN (SS)

ROSCO RICO MARTIN #204375
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MICHIGAN 48446



4-30-20

RECEIVED
JUN 17 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OFFICE OF THE CLERK
1000 WASHINGTON BLVD.
BAY CITY, MICHIGAN 48707